# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: January 25, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference (TSC) held today, January 25, 2006, the parties agree that there exists the possibility of settlement of this case. The court will hold a TSC with the parties at 2:30 p.m. E.S.T. on Wednesday, March 22, 2006 to discuss the progress that has been or remains to be made in this regard. The parties shall contact the court earlier at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge