# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: February 24, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiffs' Notice of Motion and Motion for Leave to Change Plaintiffs' Attorney Pursuant to Court of Federal Claims Rule 83.1(c)(4) (Pls.' Mot. or Motion). The Clerk of the Court has indicated to chambers that plaintiffs should have filed their Motion as a Consented Motion to Substitute Attorney. The court nonetheless ACCEPTS plaintiffs' filing. However, Rule 83.1(c)(4) of the Rules of the Court of Federal Claims (RCFC) states that such a motion "may be signed by [the] party in person or by the newly designated attorney accompanied by an affidavit of appointment executed by such attorney." RCFC 83.1(c)(4). Plaintiffs' "newly designated attorney," Bradley A. Patterson, has signed plaintiffs' Motion, see Pl.'s Mot. at 2, yet plaintiffs have not accompanied their Motion with an "affidavit of appointment executed by such attorney," id. Accordingly, plaintiffs SHALL FILE a motion for leave of the court to file an affidavit of appointment executed by plaintiffs' newly designated attorney accompanied by such an affidavit on or before Wednesday, March 1, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge