IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-785 T
(Judge Emily C. Hewitt)

(into which has been consolidated: No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

FFRE HOLDINGS, LLC, by and through Larry D. Russell and Janet M. Russell, as Trustees for the Larry D. Russell and Janet M. Russell Living Trust, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

AFFIDAVIT OF APPOINTMENT

PURSUANT TO COURT OF FEDERAL CLAIMS RULE 83.1(c)(4)

BRADLEY A. PATTERSON
GODDARD LLP
Attorneys for the Plaintiffs
18500 Von Karman Ave., Suite 400
Irvine, California 92612
949/ 253-0500

I, Bradley A. Patterson, state and declare that I am an attorney at law admitted to practice before the United States Court of Federal Claims. I have been appointed by Plaintiffs in the above-entitled, consolidated actions to replace Morgan Evans as their counsel of record and to represent them in this action, and I hereby accept such appointment.

DATED: February 28, 2006

s/Bradley A. Patterson

Bradley A. Patterson
Attorney for Plaintiffs
Goddard LLP
18500 Von Karman Ave., Suite 400
Irvine, California 92612
Tel: 949/ 253-0500