# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: February 28, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiffs' Affidavit of Appointment Pursuant to Court of Federal Claims Rule 83.1(c)(4) (Affidavit) filed electronically today, February 28, 2006. On February 24, 2006, the court ordered plaintiffs to file "a motion for leave of the court to file an affidavit of appointment executed by plaintiffs' newly designated attorney accompanied by such an affidavit." Order of 2/24/06. However, plaintiffs did not file a motion for leave of the court to file its Affidavit. Accordingly, the court will ACCEPT plaintiffs' Affidavit subject to the receipt of a motion for leave of the court to file such affidavit, which plaintiffs SHALL FILE on or before Wednesday, March 1, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge