IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 05-785 T
(Judge Emily C. Hewitt)

(into which has been consolidated: No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

FFRE HOLDINGS, LLC, by and through Larry D. Russell and Janet M. Russell, as Trustees for the Larry D. Russell and Janet M. Russell Living Trust, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

MOTION FOR LEAVE OF COURT TO FILE AN AFFIDAVIT OF APPOINTMENT

PURSUANT TO COURT OF FEDERAL CLAIMS RULE 83.1(c)(4)

---

BRADLEY A. PATTERSON
GODDARD LLP
Attorneys for the Plaintiffs
18500 Von Karman Ave., Suite 400
Irvine, California 92612
949/ 253-0500

In connection with their substitution of counsel, pursuant to RCFC 83.1(c)(4) and the Order of the Court dated February 24, 2006, Plaintiffs hereby move the Court for leave to file an Affidavit of Appointment executed by the Plaintiffs' newly designated attorney, which Affidavit was filed with the Court on February 28, 2006.

DATED: March 1, 2006

s/Bradley A. Patterson
Bradley A. Patterson
Attorney for Plaintiffs
Goddard LLP
18500 Von Karman Ave., Suite 400
Irvine, California 92612
Tel: 949/ 253-0500