# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T,
No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: March 2, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiffs' Notice of Motion and Motion for Leave to Change Plaintiffs' Attorney Pursuant to Court of Federal Claims Rule 83.1(c)(4) (Motion). Pursuant to the court's February 24, 2006 Order and Rule 83.1(c)(4) of the Rules of the Court of Federal Claims (RCFC), plaintiffs have also filed an "affidavit of appointment executed by [plaintiffs' newly designated] attorney. RCFC 83.1(c)(4). The court therefore GRANTS plaintiff's Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge