# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: March 16, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the informal telephonic status conference (TSC) held today, March 16, 2006, the parties have indicated that they would like to delay the TSC scheduled for Wednesday, March 22, 2006 for approximately 90 days. Accordingly, as agreed upon by the parties, the court will hold a TSC with the parties at 2:30 p.m. E.D.T. on Monday, June 19, 2006 to discuss the progress that has been or then remains to be made towards settlement in this case. The parties shall contact the court earlier at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge