# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T,
No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: June 20, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference (TSC) held on Monday, June 19, 2006, proceedings in this matter are hereby STAYED. The court will hold a TSC with the parties at 2:00 p.m. E.D.T. on Tuesday, August 29, 2006 to discuss the progress that has been or then remains to be made towards settlement in this case. The parties shall contact the court earlier at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge