# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: August 24, 2006)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference (TSC) held on Thursday, August 24, 2006, the court will hold a TSC with the parties at 2:00 p.m. E.S.T. on Wednesday, November 8, 2006 to discuss the progress that has been or then remains to be made towards settlement in this case. The parties shall contact the court earlier at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge