# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: February 16, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to a request by plaintiff, and as agreed to by defendant, the Telephonic Status Conference set for February 16, 2007, at 2:00 p.m. Eastern Standard Time to discuss the parties' progress towards settlement is postponed to February 23, 2007, at 2:00 p.m. Eastern Standard Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge