# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: March 19, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Telephonic Status Conference (TSC) held on March 19, 2007, at 2:00 p.m. Eastern Daylight Time, there will be another TSC on April 19, 2007, at 2:00 p.m. Eastern Daylight Time, to discuss the parties' progress towards settlement. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge