# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T,
No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: April 19, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

There was a Telephonic Status Conference (TSC) scheduled for April 19, 2007, at 2:00 p.m. Eastern Daylight Time, to discuss the parties' progress towards settlement. The Sprint operator was unable to locate plaintiff. The court received a report on the status of the case from counsel for defendant. Further to the TSC on April 19, the next TSC will be held on May 3, 2007, at 2:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call. Plaintiff is instructed to contact the court before April 24, 2007, at 202-357-6566 if plaintiff will not be available at 949-253-0500 for the May 3, 2007, TSC.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge