# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: May 17, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Telephonic Status Conference (TSC) on May 17, 2007, the next TSC will be held on May 31, 2007, at 2:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call. Plaintiff is instructed to contact the court before May 30, 2007, at 202-357-6566 if plaintiff will not be available at 011-66-2-658-7979 extension 812 for the May 31, 2007, TSC.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge