# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: May 31, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the Telephonic Status Conference (TSC) on May 31, 2007, the next TSC will be held on June 28, 2007, at 2:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call. Plaintiff is instructed to contact the court before June 26, 2007, at 202-357-6566 if plaintiff will not be available at 011-66-2-658-7979 extension 812 for the June 28, 2007, TSC.

Pursuant to Rule 7(a)-(b) of the Rules of the Court of Federal Claims Appendix F, the parties shall have up to and including June 26, 2007, to file a stipulation consenting to an entry of a decision and a proposed form of decision.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge