# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T,
No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: August 28, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The Telephonic Status Conference (TSC) scheduled for September 5, 2007, to discuss the parties' progress toward settlement, Order of Aug. 20, 2007, is POSTPONED. The TSC will be held on Monday, September 10, 2007, at 2:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge