# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: October 4, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court held a Telephonic Status Conference (TSC) with the parties on Thursday October 4, 2007. The court was unable to reach Mr. Bradley Patterson, plaintiff's counsel, and contacted Gary Straight, of Goddard, LLP, to participate as a representative of plaintiff's counsel's firm.

The court was informed that the parties had participated in a conference call on Friday September 28, 2007, during which they concluded their settlement agreement. Pursuant to that call Mr. Patterson agreed to send a confirmation letter to Mr. Robert Higgins, defendant's counsel. As of the TSC on Thursday, October 4, 2007, Mr. Higgins had not received the confirmation letter. The court requested that Mr. Straight locate Mr. Patterson and advise him to send the confirmation letter to the United States, care of Mr. Higgins, at his earliest possible convenience.

After the TSC the court received a call from Mr. Patterson and indicated to him that the next step in the settlement proceedings would be for him to provide Mr. Higgins with the confirmation later indicated above.

Further to the TSC held on Thursday, October 4, 2007, there will be a TSC on Tuesday, October 23, 2007, at 2:00 p.m. Eastern Daylight Time to discuss the parties' progress toward settlement. A Sprint operator will initiate the call. The court will provide Mr. Patterson's cell phone number, (949) 310-3321, to the operator. If Mr. Patterson should be contacted at a different number, he is requested to contact chambers with that information reasonably in advance of the scheduled call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge