IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-785 T
(Judge Emily C. Hewitt)

(into which has been consolidated: No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

FFRE HOLDINGS, LLC, by and through Larry D. Russell and Janet M. Russell, as Trustees for the Larry D. Russell and Janet M. Russell Living Trust, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR ENTRY OF JUDGMENT`

COME NOW the plaintiffs and the defendant, the United States, to inform the Court of a settlement of the above-captioned TEFRA partnership proceedings, pursuant to RCFC Appendix F, Rule 7(a), *i.e.*, by a stipulation of the Tax Matters Partner for each partnership, consenting to the entry of the proposed judgment set forth below. See RCFC 54(a) and I.R.C. Section 6224(c).[1]

[1] The parties believe that the Court should direct the Clerk of Court to enter a judgment reciting contents of the proposed judgment described in this stipulation.

At issue in the above-captioned consolidated cases are Notices of Final Partnership Administrative Adjustments for the taxable years 1999, 2000, and 2001, for three partnerships--FFRE Holdings, LLC; FFRE Acquisitions, LLC; and FFRE Management, LLC. The Tax Matters Partners for FFRE Holdings, LLC, and FFRE Management, LLC, hereby stipulate and agree on their behalf and on behalf of FFRE Acquisitions, LLC (for which the Tax Matters Partner is FFRE Management, LLC), to the entry of the following proposed judgment.

PROPOSED JUDGMENT

The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued April 14, 2005, to FFRE Holdings, LLC, FFRE Acquisitions, LLC, and FFRE Management, LLC, for the taxable years 1999, 2000, and 2001 are correct except that a 15 percent penalty shall be imposed on the portion of any underpayment attributable to the gross valuation misstatement as provided by I.R.C. Sections 6662(a), 6662(b)(3), 6662(e) and 6662(h). See I.R.C. Section 6226(f).

CONSENT AND CERTIFICATION

The undersigned Tax Matters Partners for FFRE Holdings, LLC, FFRE Management, LLC, and FFRE Acquisitions, LLC, by executing this stipulation, consent to the entry of proposed judgment set forth above and certify that no party objects, nor does any individual taxpayer affected by this proposed judgment object.

| FFRE Holdings, LLC | FFRE Management, LLC | FFRE Acquisitions, LLC |
| --- | --- | --- |
| By: ______________ | By: ______________ | By: ______________ |
| Barry Fernald | Barry Fernald | Barry Fernald |
| Tax Matters Partner | Tax Matters Partnes | For FFRE Management, LLC,<br>Tax Matters Partner |

Respectfully submitted,

10/5/07
Date

B.A. Patterson
BRADLEY A. PATTERSON
Goddard LLP
18500 von Karman Ave., Suite 400
Irvine, California 92612
(949) 253-0500

*Counsel for Plaintiff*

11/19/2007
Date

Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

11/19/2007
Date

David Gustafson
Of Counsel

*Attorneys for Defendant*