# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: November 19, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER ON STIPULATION FOR TAX PARTNERSHIP DECISION

Before the court is the parties' Stipulation for Entry of Judgment (Stipulation), filed November 19, 2007, "to inform the court of a settlement of the above-captioned TEFRA partnership proceedings, pursuant to [Rules of the Court of Federal Claims (RCFC)] Appendix F, Rule 7(a)[1], i.e., by a stipulation of the Tax Matters Partner for each partnership, consenting to the entry of the proposed judgment set forth below. See RCFC 54(a) and I.R.C. Section 6224(c)." Stipulation 1 (footnote by the parties omitted) (footnote added).

[1]Rule 7(a) of Appendix F of the Rules of the Court of Federal Claims (RCFC) provides: "Consent by the Tax Matters Partner to Entry of Decision. A stipulation consenting to entry of decision executed by the tax matters partner and filed with the court shall bind all parties. The signature of the tax matters partner constitutes a certificate by the tax matters partner that no party objects to entry of the decision." RCFC Appendix F, Rule 7(a). The court views the word "judgment" used by the parties to be in pari materia with the word "decision" in Rule 7(a) of Appendix F.

At issue in the above-captioned consolidated cases are Notices of Final Partnership Administrative Adjustments for the taxable years 1999, 2000, and 2001, for three partnerships -- FFRE Holdings, LLC; FFRE Acquisitions, LLC; and FFRE Management, LLC. The Stipulation contains the consent and certification by the Tax Matters Partners for FFRE Holdings, LLC, and FFRE Management, LLC, stipulating and agreeing on their behalf and on behalf of FFRE Acquisitions, LLC (for which the Tax Matters Partner is FFRE Management, LLC), to the entry judgment.

Further to the form of judgment contained in the Stipulation, the Clerk of the Court shall ENTER JUDGMENT as follows:

> The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued April 14, 2005, to FFRE Holdings, LLC, FFRE Acquisitions, LLC, and FFRE Management, LLC, for the taxable years 1999, 2000, and 2001 are correct except that a 15 percent penalty shall be imposed on the portion of any underpayment attributable to the gross valuation misstatement as provided by I.R.C. Sections 6662(a), 6662(b)(3), 6662(e) and 6662(h). See I.R.C. Section 6226(f).

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge