# In the United States Court of Federal Claims

No. 05-785 T
(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-788 T, No. 05-789 T, No. 05-790 T, No. 05-791 T, No. 05-792 T)

(E-Filed: November 19, 2007)

FFRE HOLDINGS, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Judgment is being entered in the above captioned matters consolidated with Case No. 05-785 T. The Clerk of the Court is directed to TERMINATE as MOOT all pending motions in Case No. 05-785 T through 05-792 T.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge